### 9102. THOMAS v. THE STATE.

BROYLES, P. J. The motion for a new trial contains only the usual general grounds. The verdict was authorized by the evidence, and the court did not err in refusing to grant a new trial.

> Judgment affirmed. *Bloodworth and Harwell, JJ., concur.*
> DECIDED OCTOBER 30, 1917.

Indictment for larceny; from Fulton superior court—Judge Hill. June 30, 1917.

*J. H. Leavitt,* for plaintiff in error.

*John A. Boykin, solicitor-general,* contra.

---

### 9105. MITCHELL v. THE STATE.

BROYLES, P. J. 1. Where one with intent to steal takes actual possession of the property of another, and removes it to any distance whatever, he is guilty of larceny. *Smith* v. *State,* 15 *Ga. App.* 400 (83 S. E. 437).

2. The circumstantial evidence was sufficient to establish the guilt of the defendant to the exclusion of every other reasonable hypothesis.

3. The court did not err in overruling the motion for a new trial.

> Judgment affirmed. *Bloodworth and Harwell, JJ., concur.*
> DECIDED OCTOBER 30, 1917.

Accusation of larceny; from city court of Dublin—Judge Flynt. July 25, 1917.

*Smyth Burch, P. H. Martin,* for plaintiff in error.

*S. P. New, solicitor,* contra.